IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT KELLENBECK, on behalf of Jesse Todd,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MONTANA D. TODD,<br><br>　　　　　Defendant. | CV 25-42-M-KLD<br><br>ORDER |

On July 1, 2025, the Court held a telephonic status conference during which the parties agreed that this case is properly closed in light of the Order Partitioning Property entered on June 12, 2025. (Doc. 13). Accordingly,

IT IS ORDERED that Clerk of Court shall close this case.

DATED this 1st day of July, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge